UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CORTEZ MARSHALL<br><br>Defendant. | Case No. 2:19-CR-00270-JAD-BNW<br><br>**ORDER** |

Before the Court is Defendant's Motion to Clarify Judge's Order on Defendant's Motion to Modify Magistrate Judge's Detention Order (ECF No. 23), filed on January 24, 2020. No Response to Defendant's Motion has been filed to date.

Defendant's Motion seeks clarification regarding whether the conditions of his pretrial release includes travel for work. To the extent the prior Order was unclear, the Court clarifies that Defendant is permitted to travel for work but must provide his itinerary (including all departure and arrival times for all stops Defendant is scheduled to make) to Pretrial Services prior to his departure. Defendant is also to obtain appropriate documentation from Pretrial Services that may be presented to TSA at screening. Defendant is to wear and at no time tamper with his ankle monitor throughout his travel and otherwise comply with all pretrial release conditions; provided, however, that Defendant's curfew may be modified for purposes of travel as pre-approved by Pretrial Services.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Clarify Judge's Order on Defendant's Motion to Modify Magistrate Judge's Detention Order (ECF No. 23) is GRANTED as stated herein.

DATED: February 10, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1