OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ROBERT CORTEZ MARSHALL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-00270-JAD-BNW-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED |
| v. | ) | ORDER TO CONTINUE PRETRIAL |
| | ) | MOTIONS ONLY |
| ROBERT CORTEZ MARSHALL, | ) | |
| | ) | ( First Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ROBERT CORTEZ MARSHALL, Defendant, by and through his counsel OSVALDO E. FUMO, ESQ, and the United States of America, TONY LOPEZ, Assistant United States Attorney, that pretrial motions in the above-captioned that was previously due on March 6, 2020 at the hour of 5:00 p.m., be vacated and continued for two weeks (03/20/2020) or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Defendant is currently out on Pretrial Release.

3. Counsel has spoken to AUSA Tony Lopez and he has no objection to the continuance.

-1-

4. Counsel needs additional time to review discovery with client.

5. Counsel require additional time to determine whether any pretrial motions necessary.

6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the pretrial motion date.

9. This is the first request for a continuance of the pretrial motions in this case.

DATED this 10th day of March 2020.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| OSVALDO E. FUMO, ESQ. | TONY LOPEZ, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| ROBERT CORTEZ MARSHALL | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-00270-JAD-BNW-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT AND |
| v. | ) | CONCLUSIONS OF LAW |
| | ) | |
| ROBERT CORTEZ MARSHALL, | ) | |
| | ) | |
| | ) | (First Request) |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Defendant is currently out on Pretrial Release.

3. Counsel has spoken to AUSA Tony Lopez and he has no objection to the continuance.

4. Counsel needs additional time to review discovery with client.

5. Counsel require additional time to determine whether any pretrial motions necessary.

6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the pretrial motion date.

This is the first request for a continuance of the pretrial motions in this case.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8) (A), considering the factors under title 18 U.S.C. 3161 (h)(8)(B)( i) and 3161 (h)(8)(B)(iv).

## ORDER

**IT IS FURTHER ORDERED** that the parties herein shall have to and including _3/20/2020_____ , within which to file any and pretrial motions and notice of defense.

**IT IS SO ORDERED**

**DATED:** **March 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**