UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00270-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT CORTEZ MARSHALL | |
| Defendant. | |

Before the Court is Defendant's Status Report (ECF No. 37), which was ordered by the Court on July 21, 2020.  The Report indicates that Defendant continues to receive physical therapy, with a recommendation that such therapy continue for four additional weeks.

Accordingly,

IT IS HEREBY ORDERED that the temporary removal of Defendant's electronic monitor shall continue for an additional 30-days measured from the date of this Order.

IT IS FURTHER ORDERED that Defendant is to remain on the curfew, which is 9 a.m. to 1 a.m., Monday thru Saturday.  All other conditions of pretrial release remain in effect.

IT IS FURTHER ORDERED that Defendant shall file a status report on or before **September 25, 2020**, attaching information from Defendant's physical therapy provider regarding the continued need, if any, for aquatic based therapy.

Dated this 20th day of August, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1