UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT CORTEZ MARSHALL,<br><br>    Defendant. | Case No. 2:19-cr-00270-JAD-BNW<br><br>ORDER<br><br>ECF No. 92 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Change of Plea hearing currently scheduled for July 26, 2021, at the hour of 11:00 a.m., be vacated and continued to September 13, 2021, at 2:00 p.m.

DATED this 23rd day of July 2021.

_____
UNITED STATES DISTRICT JUDGE