RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>ROBERT CORTEZ MARSHALL,<br>            Defendant. | Case No. 2:19-cr-270-JAD-BNW<br><br>**STIPULATION TERMINATING AMENDED STIPULATION ECF NO. 102** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Assistant United States Attorney Tony Lopez, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Cortez Marshall, that their Amended Stipulation to Temporarily Release Defendant, ECF No. 102 be terminated and requesting that the Court cancel or withdraw its Order granting the same, ECF No. 103.

   DATED: September 15, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ *Tony Lopez*<br>TONY LOPEZ<br>Assistant United States Attorney |

ORDER

IT IS HEREBY ORDERED that the Stipulation Terminating Amended Stipulation (ECF No. 104) is GRANTED.

IT IS FURTHER ORDERED that ECF Nos. 101 and 103 are VACATED.

_____
U.S. Magistrate Judge

DATED:  September 15, 2021