# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT CORTEZ MARSHALL,<br><br>        Defendant. | Case No. 2:19-cr-00270-JAD-BNW<br><br><u>ORDER</u><br><br>ECF No. 115 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing hearing currently scheduled for March 21, 2022, at the hour of 3:00 p.m., be vacated and continued to May 23, 2022, at 2:00 p.m.

    DATED this 8th day of March 2022.

                                           _____
                                           UNITED STATES DISTRICT JUDGE