CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-270-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |
| v. | |
| ROBERT CORTEZ MARSHALL, | ECF No. 123 |
| Defendant. | |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward defendant Robert Cortez Marshall's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1. On March 13, 2021, defendant Robert Cortez Marshall ("Marshall") was charged by way of a superseding indictment with multiple counts of wire fraud, money laundering, and bank fraud. ECF No. 61.

2. On September 13, 2021, pursuant to a written plea agreement, Marshall pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343. ECF Nos. 98, 99.

3. Pursuant to the Plea Agreement, Marshall agreed to "surrender assets defendant obtained directly or indirectly as a result of defendant's crimes." ECF No. 99 at 3. Marshall further agreed "to voluntarily release funds and property under defendant's

control or in which defendant has any property interest, before and after sentencing, to pay any fine or restitution identified in this agreement, agreed to by the parties, or ordered by the Court." *Id.* at 3.

4. The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

5. The parties seek an order directing the Clerk of Court to accept Marshall's restitution payments made before entry of the judgment. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Marshall until the time of sentencing, which is currently scheduled for May 23, 2022. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against Marshall in the sequence established in 18 U.S.C. § 3612(c).

6. Marshall may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:19-cr-270-JAD-BNW" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed

in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 11th day of April 2022.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney | /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 4-12-22 _____