**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Jim Fang

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>Defendant, | Case No: 2:19-CR-00270-JAD-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant ROBERT MARSHALL, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, Jim Fang., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for May 23, 2022, at 2:00 p.m. be continued to at least 30 days.

This stipulation is entered for the following reasons:

1. Counsel needs additional time for further investigation into the matter.

2. Mr. Gill has spoken with Mr. Marshall, and he agrees with this continuance.

3. Mr. Gill has spoken with Mr. Fang and has indicated he agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public

and the defendant in proceeding with sentencing on May 23, 2022.

DATED this 19th day of May 2022.

<u>/s/ Adam L. Gill</u>
Adam L. Gill, Esq.
Counsel for Defendant
Robert Marshall

<u>/s/ Jim Fang</u>
Jim Fang, Esq.
Attorney for the United States
Assistant United States Attorney

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

2

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Robert Marshall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>      Defendant. | Case No: 2:19-CR-00270-JAD-BNW<br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel needs additional time for further investigation into the matter.

2. Mr. Gill has spoken with Mr. Marshall, and he agrees with this continuance.

3. Mr. Gill has spoken with Mr. Fang and has indicated he agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on May 23, 2022.

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for May 23, 2022, at the hour of 2:00 p.m., be vacated and continued to July 6, 2022, at 2:00 p.m.

Dated this 19th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE