**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Robert Marshall

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>　　　　　Defendant, | Case No: 2:19-cr-00270-JAD-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ROBERT MARSHALL, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, JIM FANG, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for July 6, 2022 at 2:00 p.m. be continued to at least 60 days.

This stipulation is entered for the following reasons:

1. Counsel needs additional time for further investigation that may impact sentencing.

2. Mr. Gill has spoken with Mr. Marshall and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Fang and Mr. Fang has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public

and the defendant in proceeding with sentencing on July 6, 2022.

DATED this 28th day of June, 2022.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Robert Marshall

*/s/ Jim Fang*
Jim Fang, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Robert Marshall

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT MARSHALL,

    Defendant.

Case No: 2:19-cr-00270-JAD-BNW

**ORDER**

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel needs additional time for further investigation that may impact sentencing.

2. Mr. Gill has spoken with Mr. Marshall and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Fang and Mr. Fang has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on July 6, 2022.

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for July 6, 2022, at the hour of 2:00 p.m., be vacated and continued to September 12, 2022, at 3:00 p.m.

Dated this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE