AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI, LLC.
321 S Casino Center Blvd., Ste. 112
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
amanda@pellizzarilawoffice.com
Attorney for Defendant
ROBERT MARSHALL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT MARSHALL,

    Defendants.

CASE NO: 2:19-CR-00270-JAD-BNW

**STIPULATION TO CONTINUE SENTENCING HEARING**

**(Fifth Request)**

    IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ROBERT MARSHALL, by and through his counsel, AMANDA S. PELLIZZARI, ESQ. and the United States of America, by its counsel, JIM W. FANG, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for September 12, 2022 at 3:00 p.m. be continued to at least 30 days.

    This stipulation is entered into for the following reasons:

1.     That counsel was recently appointed on this case so needs time to adequately prepare for sentencing.

2.     That Mr. Marshall is currently out of custody and does not object to the continuance.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the fifth request to continue the Sentencing hearing in this matter.

DATED this 2nd day of September, 2022.

| /s/ Amanda S. Pellizzari | /s/ Jim W. Fang |
|---|---|
| AMANDA S. PELLIZZARI, ESQ. | JIM W. FANG |
| Counsel for Defendant | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>         vs.<br><br>ROBERT MARSHALL,<br><br>    Defendants. | CASE NO: 2:19-CR-00270-JAD-BNW<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>**(Fifth Request)** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That counsel was recently appointed on this case so needs time to adequately prepare for sentencing.

2. That Mr. Marshall is currently out of custody and does not object to the continuance.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the fifth request to continue the Sentencing hearing in this matter.

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for September 12, 2022 be vacated and continued to October 20, 2022, at 10:00 a.m. Counsel is cautioned that any further continuances will be denied without a showing of extraordinary circumstances.

DATED AND DONE this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE