AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI, LLC.
321 S Casino Center Blvd., Ste. 112
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
amanda@pellizzarilawoffice.com
Attorney for Defendant
ROBERT MARSHALL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>　　　　　Defendant. | Case No.: 2:19-CR-00270-JAD-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Sixth Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ROBERT MARSHALL, by and through his counsel, AMANDA S. PELLIZZARI, ESQ., and the United States of America, by its counsel, JIM W. FANG, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for October 20, 2022 at 10:00 a.m. be continued at least 45 days, and not sooner than November 21, 2022.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　That attorney Lance Maningo, Esq. will be substituting in as retained counsel on this case.

2. That Mr. Maningo will be in a murder trial at the time currently set for sentencing. If this stipulation is approved, Mr. Maningo will file a substation of counsel.

2. That Mr. Marshall is currently out of custody and does not object to the continuance.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the sixth request to continue the Sentencing hearing in this matter.

DATED this 28th day of September, 2022.

/s/ Amanda S. Pellizzari                                   /s/ Jim W. Fang
_____           _____
AMANDA S. PELLIZZARI, ESQ.                     JIM W. FANG
Counsel for Defendant                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>        Defendant. | Case No.:  2:19-CR-00270-JAD-BNW<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>**(Sixth Request)** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That attorney Lance Maningo, Esq. will be substituting in as retained counsel on this case.

2. That Mr. Maningo will be in a murder trial at the time currently set for sentencing. If this stipulation is approved, Mr. Maningo will file a substation of counsel.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the fifth request to continue the Sentencing hearing in this matter.

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for October 20, 2022 be vacated and continued to December 12, 2022, at 2:30 p.m.

DATED AND DONE this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE