Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>    Defendant. | CASE NO. 2:19-CR-00270-JAD-BNW<br><br>**CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, ROBERT MARSHALL substitutes LANCE A. MANINGO of MANINGO LAW as counsel of record in place of AMANDA S. PELLIZZARI of LAW OFFICE OF AMANDA PELLIZZARI, LLC.

I consent to the above substitution.

Date: 10-4-22

_____
Robert Marshall

I consent to being substituted.

Date: 10.04.22

/s/ Amanda Pellizzari
Amanda S. Pellizzari

I consent to the above substitution.

Date: 10.04.22

/s/ Lance Maningo
Lance A. Maningo

1

1  The substitution of attorney is hereby approved and so
2  ORDERED. DATED this 14th day of October, 2022.

3
4  _____
   UNITED STATES DISTRICT JUDGE

2