JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-270-JAD-BNW |
| Plaintiff, | **Stipulation to Continue the Sentencing Hearing (Seventh Request)** |
| v. | |
| ROBERT CORTEZ MARSHALL, | |
| Defendant. | |

      It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Lance A. Maningo, Esq., counsel for defendant, that the sentencing hearing in the above-captioned matter, previously scheduled for December 20, 2022, at 2:00 p.m., be vacated and continued until a time convenient to the Court, but no earlier than 7 days from the current setting.

      1.      The sentencing hearing is currently scheduled for December 20, 2022.

      2.      The parties were in negotiation regarding restitution and other issues that may arise during sentencing and have just reached an agreement regarding said issues. As the parties' sentencing arguments depend heavily on the result of the negotiations, the parties now need additional time to properly prepare sentencing memorandums for the Court's consideration.

3. Therefore, the parties request the Court continue the sentencing hearing, currently scheduled for December 20, 2022, to a time convenient to the Court, but no earlier than 7 days from the current setting, so that the parties have an opportunity to fully articulate its sentencing arguments.

4. Defendant is not in custody and agrees to the continuance.

DATED this 15th day of December, 2022.

JASON M. FRIERSON
United States Attorney

 s/Jim W. Fang                              s/ Lance A. Maningo
JIM W. FANG                                 LANCE A. MANINGO, ESQ.
Assistant United States Attorney            *Counsel for Defendant*
*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT CORTEZ MARSHALL,

    Defendants.

Case No. 2:19-cr-270-JAD-BNW

**FINDINGS AND ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties were in negotiation regarding restitution and other issues that may arise during sentencing and have just reached an agreement regarding said issues. As the parties' sentencing arguments depend heavily on the result of the negotiations, the parties represent that they need additional time to properly prepare sentencing memorandums for the Court's consideration.

2. Therefore, the parties request the Court continue the sentencing hearing, currently scheduled for December 20, 2022, to a time convenient to the Court, but no earlier than 7 days from the current setting, so that the parties have an opportunity to fully articulate its sentencing arguments. The Court finds good cause to grant the continuance.

3. Defendant is not in custody and agrees to the continuance.

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter, previously scheduled for December 20, 2022, at 2:00 p.m., be vacated and continued to January 4, 2023, at 3:00 p.m.

DATED this 15th day of December, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE