# Exhibits A-D (MP3 files)

To be submitted to the Court and provided to the defendant via email

# Exhibit E

## AFFIDAVIT OF JESSICA NIELSEN

1. I, Jessica Nielsen, am a Postal Inspector in the employ of the United States Postal Inspection Service and has been since April 14, 2007. As part of my job duties, I investigate crimes involving the U.S. Postal Service and its assets, to include crimes using the mail, such as Mail Fraud.

2. I have had discussions with the prosecutor, specifically about identifying the defendant in the jail call recordings the government is submitting as exhibits A, B, C, and D of its sentencing memorandum.

3. I am the case agent on a case, *United States v. Sobel*, No. 2:21-cr-235 (D. Nev. August 24, 2021), that is being prosecuted by the United States Attorney's Office in the District of Nevada (USAO-NV).

4. On May 17 and 18, 2022, I, along with prosecutors from the USAO-NV and Department of Justice, met with defendant Robert Cortez Marshall in person, regarding information he desired to share with us about the *Sobel* matter. For two full days, I both observed and participated in verbal conversations with Marshall and, therefore, I am personally familiar with his voice and vocal patterns, as well as his manner of speech.

5. I have reviewed the jail call recordings attached to the instant memorandum, and I can say, with a high degree of certainty, that the individual identified as "Robert" in these jail call recordings was in fact defendant Robert Cortez Marshall, based on both his voice pattern and his manner of speech, which were substantially identical to the person I spoke with on May 17 and 18, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

*Jessica Nielsen*
Postal Inspector, Jessica Nielsen
Date: 10/20/2022