Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant
MARSHALL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ROBERT CORTEZ MARSHALL,<br><br>     Defendant. | CASE NO.  2:19-CR-00270-JAD-BNW |

**DEFENDANT'S SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM**

COMES NOW, Defendant, ROBERT CORTEZ MARSHALL, by and through his counsel of record, LANCE A. MANINGO, ESQ. of MANINGO LAW, and submits the following Supplemental Exhibits to Sentencing Memorandum:

**Exhibit "D" –** Character letters from a). Bobby Marshall; b). Chazman Thomas, c). Dr. Chavonda Jackson, d). Ellie Silveria, and e). Jayden Marshall;

**Exhibit "E" –** Photographs of Robert Marshall with his family;

**Exhibit "F" –** Text message between Gui Benoit and Robert Marshall, dated October 29, 2022;

**Exhibit "G"** – Medical record re: Robert Marshall, dated August 24, 2022, ordering laboratory tests due to a). obesity, b). diabetes, c). hyperlipidemia, and d). hypertriglyceridemia; and

1

**Exhibit "H"** – Check payable to Robert Marshall "Inheritance check" in the amount of $700.00, dated 03/07/22.

DATED this 3rd day of January, 2023

MANINGO LAW

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2023, I did serve a true and correct copy of the foregoing DEFENDANT'S SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM by electronically serving parties using the U.S District Court CM/EMF Electronic Filing to:

    Jim Fang
    Assistant United States Attorney
    Jim.Fang@usdoj.gov

                                      */s/ Kelly Valenti*
                                      An Employee of MANINGO LAW

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

4