EXHIBIT "D"

EXHIBIT "D"

Bobby Marshall

December 26, 2022
District Court of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Dear Honorable Judge Jennifer Dorsey:

Hello and Happy Holidays, I am Bobby Marshall, Robert Marshalls 20-year-old son. My father has been the only person who has stood by my side since my birth. When I was 4-years old my father was out of town working on a business trip and my mother Lolita Boyd left my 5-year-old brother at the time Cortez along with my 2 younger brothers Robert 2-years old and RJ 9-months old and I home alone unbeknownst to my father for several days. When my father returned home and found out what was going on he immediately relocated with me and my brothers and filed for a divorce and full custody of my brothers and I. During the divorce proceedings the court ordered DNA test on me and my siblings to determine paternity. After the test were conducted it was determined that I was my fathers only child and my other 3 brothers were not. My father was devastated and heart broken, he never thought this would be the outcome in a million years.

Moving down the road my 3 brothers ultimately ended up going to live with my mother's grandmother as my mother couldn't be found after the DNA test results were revealed for more than 2-years, by her family or law enforcement and I've lived with my father ever since. My father and I continued to stay in my brothers lives up to now, we visit them often, on holidays and birthdays and my father still treats them as his own. My brothers ended up eventually being reunited with our mother. My mother gave birth to 5 additional children that I know of. Unfortunately, my mother left my toddler brother Larry at home with her boyfriend and he murdered my little brother. Articles regarding this horrific tragedy can be found at https://lasvegassun.com/news/2011/may/27/woman-sentenced-connection-child-abuse-death-18-mo/.

Subsequently after this horrific tragedy my mother gave birth to my baby sister who was placed in a foster home and my baby sister past away as well. All of my siblings were placed in different foster homes across the Las Vegas Valley. Fortunate for me my father kept me from harms way, I always think like what if my father wasn't here for me, I could've been in my little brother Larry's position. My father is my angel, he saved my life.

Growing my father always made sure I went to the best schools, sponsored my sports teams and supported me in all of my endeavors during good and bad times. When my father was in detention for 9-months it was one of the lowest points in my life and I never want to be without my father again "God Willing."

Honorable Judge Dorsey I pray that you would find it in your heart to give my father an opportunity to redeem himself and not send him to prison. My father is a great man and he is all I have. Since my father has been home, he's help me stay on track with my schoolwork and motivated me to stay positive and not be depressed.

Thank you very much for your time.

Sincerely,

Bobby Marshall

# COURT REFERENCE LETTER

Dear Honorable Jennifer Dorsey,

My name is Chazman Thomas and I'm proud to offer my sincere judgment of the character of Robert Marshall to whom I have personally known for 10+ years as my close family friend, co-investor and mentor.

During my relationship with Robert Marshall I have experienced an individual who shows up earlier and works late, relentless work ethic, and carries themselves in a polite, respectable manner. In addition, Robert Marshall is a family-person who has always presented themselves with levelheadedness and grace. Robert Marshall has been like an older brother to me and has helped mentor me financially, morally and spiritually.

Robert would be a great asset to any organization and I would confidently recommend him for any position he chose to pursue.

Best,

**Signature:**
**Name:** Chazman Thomas



*Life Builders* Homecare Services

December 28, 2022

Dr. Chavonda Jackson, LMHC
Life Builders Consultants, Inc.
6111 Harrison Street, Suite 206
Merrillville, IN 46410

Dear Honorable Judge Dorsey:

I am Dr. Chavonda Jackson, a Licensed Clinical Practitioner, Credentialed Mental Health
Service Provider, Community Pastor, Community Activist, Collegiate Educator, Psychotherapist,
Former Court Appointed Special Advocate, Servant Leader and an Aunt of Robert Marshall.  It
is my honor and privilege to write a letter regarding Robert Marshall.

Robert Marshall has a magnetic love for family and community.  Robert is a great father and
wonderful husband. Robert grew up and was raised with a promising future.  He was raised
within an extended family throughout his childhood and adolescent years by his grandmother
which whom he called "Dea." Robert did not have a biological father or male role model during,
the course of, his life. His father was murdered before he could understand, however, Robert
propelled against the odds and became active in sports also showing love for seniors by helping
"Dea" with community block club events for the neighborhood and participating in assisting his
Dea with coaching softball teams in the community.  With limited support as a child and with
Dea sometimes getting overwhelmed or becoming ill, Robert lived with me during some summer
months and sometimes during the school year.

During his stay, I discovered that Robert has an innate love for people and specifically enjoy
cooking, cleaning, playing boardgames, and working with and supporting seniors. Robert also
played an integral part in assisting with many community events which included cookouts for
youth, youth ministry work, and coaching various teams. He was always organized and
motivated to serve. Additionally, Robert is very kind, considerate, dedicated, and a hard worker
with many gifts and talents who only wants the best for others.

As a licensed practitioner and an advocate for justice, my role as a clinician is to cultivate the
gifts through treatment modalities and services while honoring the Ethical Principals, Code of
Ethics and the Preamble. Working as a clinical practitioner for over 20 years as a Service and
Servant Leader, it would be a travesty, serving in this capacity, to see the manifestation of lost
lives, gifts, and talents through the juridical system as a result of the lack of supportive services.

On a daily, practitioners work with individuals with trauma and complex trauma in reference to
childhood experiences.  As a practitioner, we look at pathology, etiology, genealogy,
psychological, and physiological dimensions of experiences over the course of a lifespan.  I don't
know the depth or the hurt and pain that Robert faces on a day-to-day basis, but what I do know,



as a collective, we must treat and restore.  We collectively must work together. We have lost many great talents and gifts because appropriate and proper guidance was unavailable and not provided, additionally, in treating and supporting culturally sensitive communities.

I, Dr. Chavonda Jackson, come in integrity and respect of the court, asking that Robert Marshall receive the mentorship, support, treatment, and guidance that he needs to cultivate his talents and gifts.

Honorable Judge Dorsey, we have given our lives to this work.  It's people like you, like us, that make the world a better place. I believe that you have stood for many. Let's stand together for Robert Marshall. Let's work together to give Robert what he needs to nurture his innate ability to serve communities faced with many challenges. We need individuals, with gifts and talents and a heart to serve, such as Robert Marshall, to help transform a challenging world. Healing and support is our place of peace and restoration, not perpetuating travesty, but standing for righteousness and justice.

We, at Life Builders Consultants, will walk in integrity and honor; we will work with you; we will walk with him to assist Robert Marshall with culturally sensitive services and modalities in cultivating his gifts and talents for service to all mankind.

I, Dr. Chavonda Jackson, am grateful to have the opportunity to humbly write a letter on behalf of Robert Marshall.

Respectfully submitted,

Dr. C.W. Jackson

Dr. Chavonda Jackson, LMHC, CSAYC

Educational Diagnostician
Director of Clinical & Psychological Services
(219) 670-0311   drvonj@gmail.com

December 28, 2022

Dear Honorable Judge Dorsey,

I am a friend of Robert Marshall. Robert has always loved and respected his grandmother who gave him strong spiritual wisdom and encouragement his entire life. She holds a very special place in his heart and unfortunately has passed away.  Robert and I have shared a very similar spiritual connection and although I don't come close to filling his grandmother's shoes we share a friendship based on the same spiritual wisdom, encouragement and support.

Robert cares deeply about his family and friends and is an incredible father to his children. He consistently is there to support them and makes continual personal sacrifices to do the very best for them as their father. They love, admire and respect him greatly.  He is selfless, sensitive to others feelings, giving, loyal, respectful, kind, a very hard worker, and has a big heart for others. If one of his family members or friends is in need he is the first to give whatever they need without hesitation. He is positive, encouraging and always there to put a smile on someone's face. These are just a few of the reasons I call him "friend".

Sincerely,

Ellie Silveria

Dear Honorable Judge Dorsey,

My name is Jayden Marshall. I am Robert Marshall's 12-year-old. I'm in the 6th grade. My dad studies the bible with me, helps me with my schoolwork, assist me with learning about new technology and building my YouTube Channel.

My dad works hard to take care of our family and has always been there for me. When my dad was gone away for 9-months, and I was really sad, and I started failing some classes in school. Since my dad has been home my grades are back to A's and B's and I feel much better.

Judge Dorsey, I love my dad with all of my heart and don't want to be without him another day. Please allow my dad to stay home, it would mean the world to me. I really need my dad.

Thank You,

Jayden Marshall

Jayden Marshall