# EXHIBIT "E"

EXHIBIT "E"