# EXHIBIT "F"

EXHIBIT "F"

From: Robert Marshall bobby.m35@icloud.com
Subject: Re: Status- Spoke w/ Fang
Date: October 29, 2022 at 1:29 AM
To: Lance Maningo Lance@maningolaw.com





**Gui Benoit**

I will help  8m

Today

You never threatened me ….how can he make allegations like that !? ….is he even credible any more ?  5m

Lawyer - Andy Cove - +1 (954) 921-1121  4m

This is the allegation he made now the government threading to increase my charge because of it.  2m

