EXHIBIT "G"

EXHIBIT "G"

**Order Form**

**EVAN C. ALLEN MD PC**
1701 N GREEN VALLEY PKWY, 5C
HENDERSON, NV, 89074-5885
702-541-8240   702-541-8241

Req/Ctrl# (CD-): 613635
Natasha Bell, PA-C
NPI: 1548901028
Family Medicine

**MARSHALL, ROBERT**, Male, 12/13/1979   ID: 97078
702-701-3507   2831 ST ROSE PKWY, STE 200, HENDERSON, NV, US 89052-4841

Today: 08/24/2022 01:24 PM
Order Date: 08/24/2022 01:15 PM

Primary Insurance Name:
Insurance Address:
Subscriber Number:
Insured Name:
Address:

| Priority | Lab | Fast | Assessment(s) | Instructions |
|---|---|---|---|---|
| Routine | CBC With Differential/Platelet | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |
| Routine | TSH W/REFLEX TO FT4 | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |
| Routine | LIPID PANEL | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |
| Routine | URINALYSIS, COMPLETE W/REFLEX TO CULTURE | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |
| Routine | Use this Hgb A1c | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |
| Routine | CMP14+eGFR | Yes | - E78.1, Hypertriglyceridemia<br>- E78.5, Hyperlipidemia<br>- R73.03, Pre-diabetes<br>- E55.9, Vitamin D deficiency<br>- E66.9, Adult-onset obesity | |

Electronically Signed By:
Natasha Bell, PA-C

Signa
Patient/G

Order generated by eClinicalWorks (www.eclinicalworks.com)       MARSHALL, ROBERT, Unknown

https://nvtcfpapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/labs/printLabOrder.jsp?session