# EXHIBIT "H"

EXHIBIT "H"

