Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>             Defendant. | CASE NO. 2:19-CR-00270-JAD-BNW<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING**<br><br>(SECOND REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant ROBERT MARSHALL, by and through his attorney, LANCE A. MANINGO ("MANINGO"), and the United States of America, by and through JIM W. FANG, Assistant United States Attorney, that the restitution hearing currently scheduled for March 27, 2023, at 11:00 a.m. be vacated and continued a minimum of forty-five (45) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

    1.    On February 22, 2022, the Government produced restitution-related discovery to the Defendant (via prior counsel, only);

    2.    On October 5, 2022, MANINGO substituted in as counsel of record for Defendant;

1

3. In mid-October, 2022, MANINGO was provided prior counsel's file, but the restitution-related discovery was not included therein;

4. On November 17, 2022, MANINGO emailed the Government asking if there was any previously produced restitution-related discovery;

5. Due to the Government's misunderstanding of Defendant's inquiry, the Government did not acknowledge the February 22, 2022 production and did not provide Defendant the restitution-related exhibits, resulting in neither party being aware that MANINGO was not in possession of full discovery;

6. On January 4, 2023, this Court heard sentencing arguments, set a restitution hearing, and ordered the Government to provide, not later than February 3, 2023, Defendant with all witnesses and exhibits to be used at the time of hearing;

7. On February 3, 2023 the Government provided restitution-related exhibits, as previously ordered by the Court, to Defendant in anticipation of the February 15, 2023 restitution hearing;

8. Upon review, MANINGO confirmed these restitution-related exhibits were not previously provided by prior defense counsel or the Government;

9. These restitution-related exhibits are voluminous and have taken significant time to review and analyze;

10. Defendant has retained and/or consulted with a forensic accountant and/or other related experts relative to these restitution-related exhibits;

11. Defendant requires additional time to prepare for the upcoming hearing;

12. Defendant is out of custody and does not object to a continuance;

13. The Government does not object to a continuance;

14. The denial of this request for a continuance could result in a miscarriage of justice; and

15. This is the second request for a continuance of the restitution hearing in this case.

RESPECTFULLY SUBMITTED this <u>22nd</u> day of March, 2023.

| By: | <u>/s/ Lance A. Maningo</u> | By: | <u>/s/ Jim W. Fang</u> |
|---|---|---|---|
| | LANCE A. MANINGO | | JIM W. FANG |
| | Attorney for Defendant | | Attorney for United States |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT MARSHALL,

        Defendant.

CASE NO. 2:19-CR-00270-JAD-BNW

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. On February 22, 2022, the Government produced restitution-related discovery to the Defendant (via prior counsel, only);

2. On October 5, 2022, MANINGO substituted in as counsel of record for Defendant;

3. In mid-October, 2022, MANINGO was provided prior counsel's file, but the restitution-related discovery was not included therein;

4. On November 17, 2022, MANINGO emailed the Government asking if there was any previously produced restitution-related discovery;

5. Due to the Government's misunderstanding of Defendant's inquiry, the Government did not acknowledge the February 22, 2022 production and did not provide Defendant the restitution-related exhibits, resulting in neither party being aware that the current counsel was not in possession of full discovery;

4

6. On January 4, 2023, this Court heard sentencing arguments, set a restitution hearing, and ordered the Government to provide, not later than February 3, 2023, Defendant with all witnesses and exhibits to be used at the time of hearing;

7. On February 3, 2023 the Government provided restitution-related exhibits, as previously ordered by the Court, to Defendant in anticipation of the February 15, 2023 restitution hearing;

8. Upon review, MANINGO confirmed these restitution-related exhibits were not previously provided by prior defense counsel or the Government;

9. These restitution-related exhibits are voluminous and have taken significant time to review and analyze;

16. Defendant has retained and/or consulted with a forensic accountant and/or other related experts relative to these restitution-related exhibits;

10. Defendant will require additional time to prepare for the upcoming hearing;

11. Defendant is out of custody and does not object to a continuance;

12. The Government does not object to a continuance;

13. The denial of this request for a continuance could result in a miscarriage of justice; and

14. This is the second request for a continuance of the restitution hearing in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

///

5

**ORDER**

IT IS THEREFORE ORDERED that restitution hearing in this matter currently scheduled for March 27, 2023 at 11:00 a.m. be vacated and continued to **May 17, 2023, at 10:00 a.m.**

DATED this 22nd day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MANINGO LAW

By:    */s/ Lance A. Maningo*
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant