SAO
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>         Defendant. | CASE NO.: 2:19-CR-00270-JAD-BNW<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant ROBERT MARSHALL, and JIM FANG, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to meet with his attorney at his office during the pendency of his case.

DATED this 15th day of June, 2023.

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Attorney for Defendant

_____
JIM FANG, ESQ
Assistant United States Attorney
501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

# ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to meet with his attorney at his office during the pendency of his case.

DATED: June 21, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant