**SAO**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT MARSHALL,<br><br>  Defendant. | CASE NO.: 2:19-CR-00270-JAD-BNW<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant ROBERT MARSHALL, and TONY LOPEZ, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to Los Angeles, California from January 2, 2024 through January 8, 2024. Mr. Marshall and his family agreed that traveling to California rather than Alabama would be more convenient for their blind uncle.

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Marshall is not asking for another trip, but instead requesting to substitute the California trip in place of the (previously approved) Alabama trip.

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Marshall is no longer allowed to travel to Alabama as previously ordered at Docket Entry 181.

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Marshall is to provide his travel itinerary to U.S. Pretrial Services at least ten (10) days prior to travel.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must report to U.S. Pretrial Services prior to and after travel.

DATED this 12th day of December, 2023.

/s/ Robert M. Draskovich                    /s/ Tony Lopez
_____        _____
ROBERT M. DRASKOVICH, ESQ.             TONY LOPEZ, ESQ.
Nevada Bar No. 6275                            Assistant United States Attorney
815 S. Casino Center Boulevard              501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101
Attorney for Defendant                          Attorney for Plaintiff

## ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Los Angeles, California from January 2, 2024 through January 8, 2024.

**IT IS FURTHER ORDERED** that Mr. Marshall is no longer allowed to travel to Alabama as previously ordered at Docket Entry 181.

**IT IS FURTHER ORDERED** that Mr. Marshall is to provide his travel itinerary to U.S. Pretrial Services at least ten (10) days prior to travel.

**IT IS FURTHER ORDERED** that Defendant must report to U.S. Pretrial Services prior to and after traveling.

DATED AND DONE this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE