UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/respondent<br><br>v.<br><br>Robert Cortez Marshall,<br><br>　　　　Defendant/petitioner | Case No.: 2:19-cr-00270-JAD-BNW-1<br><br>**Order Denying Motion Opposing Any Further Extensions for the Government**<br><br>[ECF No. 210] |

Defendant Robert Cortez Marshall was convicted of wire fraud based on a guilty plea and is serving 34 months in prison. His recently filed motion to vacate his sentence under 28 U.S.C. § 2255 is pending,[1] and the court granted the government's motion to extend its response deadline to March 24, 2025.[2] Anticipating that the government may seek further extensions of that deadline or future ones, Marshall has filed a pro se "Motion Opposing Any Further Extensions to Be Granted to the Government.[3] While the court appreciates Marshall's desire to expedite this process, the reality is that this court must assess any extension requests as they arise and based on the circumstances presented in each motion. And a preemptive prohibition on extension requests would circumvent that deliberative process. Accordingly, IT IS ORDERED that **Marshall's motion [ECF No. 210] is DENIED.** Should the government move for a future deadline extension, Marshall should promptly respond to that motion and address the points raised in it.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: March 11, 2025

---

[1] ECF No. 202.
[2] ECF No. 209.
[3] ECF No. 210.