Kevin Francis Boyle
Nevada Bar Number 14834
Law Office of Kevin F. Boyle
5465 Cardinal Ridge Court 102
Las Vegas Nevada 89149
P 702-606-7405  F 702-725-2816
kevinfboylelaw@gmail.com
Attorney for Robert Cortez Marshall

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA UNITED STATES OF AMERICA**

UNITED STATES OF AMERICA

v.

ROBERT CORTEZ MARSHALL
Defendant

**Case No. 2:19-cr-00270-JAD-BNW**

**DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RETAIN SUBSTITUTE COUNSEL**

Defendant Robert Cortez Marshall, through interim counsel, Kevin F. Boyle, Esq., respectfully moves this Court for an order extending the time within which Defendant may retain substitute counsel. This Motion is made in good faith, is not interposed for purposes of delay, and is based upon the following memorandum of points and authorities.

*MEMORANDUM OF POINTS AND AUTHORITIES*

**I. INTRODUCTION**

On June 15, 2026, this Court granted Defendant's Emergency Motion to Substitute Counsel (ECF No. 249). The Court permitted Kevin F. Boyle, Esq., to withdraw as local counsel while remaining as interim counsel and afforded Defendant thirty (30) days to retain substitute counsel.

Despite diligent efforts, Defendant has not yet been able to secure replacement counsel. Accordingly, Defendant respectfully requests a brief extension of time to complete that process.

**II. GOOD CAUSE EXISTS FOR AN EXTENSION**

This criminal matter has been pending for several years and presents issues requiring experienced federal criminal counsel. Defendant has been attempting to locate and retain substitute counsel capable of assuming representation, but additional time has proven necessary.

Defendant has acted diligently and in good faith. The requested extension is not sought for purposes of delay but to protect Defendant's Sixth Amendment right to be represented by counsel of his choosing and to ensure that substitute counsel has a reasonable opportunity to review the case before entering an appearance.

Interim counsel remains available solely to protect Defendant's interests during this limited transition period until substitute counsel can be retained.

Granting the requested extension will not unfairly prejudice the United States, while denying the request could substantially impair Defendant's ability to obtain effective representation.

**III. REQUESTED RELIEF**

Defendant respectfully requests that the Court extend the deadline for Defendant to retain substitute counsel by an additional **forty-five (45) days**, or until such other date as the Court deems just and proper.

*CONCLUSION*

For the foregoing reasons, Defendant respectfully requests that this Court enter an order extending the deadline for Defendant Robert Cortez Marshall to retain substitute counsel by forty-five (45) days.

DATED this 22nd day of July, 2026.

Respectfully submitted,

*Kevin Francis Boyle*
Kevin F. Boyle, Esq.

Law Office of Kevin F. Boyle
5465 Cardinal Ridge Court, Suite 102
Las Vegas, Nevada 89149
Telephone: (702) 606-7405
Email: kevinfboylelaw@gmail.com

*CERTIFICATE OF SERVICE*

I hereby certify that on July 22, 2026, I electronically filed the foregoing **Defendant's Emergency Motion for Extension of Time to Retain Substitute Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 22nd day of July, 2026.

**/s/ Kevin F. Boyle**
*Kevin Francis B*